# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID P. OROPEZA-HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIV. NO. 7:22-mc-00121 |
| | § | |
| KILOLO KIJAKAZI, | § | |
| Acting Commissioner of Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Pending before the Court is Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs." (Dkt. No. 1.) After reviewing the financial information provided in the application, the Court finds that the Plaintiff qualifies to proceed without prepayment of fees or costs.

Accordingly, Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" (Dkt. No. 1) is **GRANTED**. Therefore, the Clerk shall open this case as a civil matter.

It is further **ORDERED** that the United States Marshals Service serve the summons with a copy of Plaintiff's complaint and this order on Defendant. The United States will advance the costs of service.

The Clerk shall also provide a copy of this Order to Counsel for Plaintiff.

**DONE** at McAllen, Texas, on July 18, 2022.

Juan F. Alanis
United States Magistrate Judge