United States District Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DAVID P. OROPEZA-HERNANDEZ, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-230 |
| § | |
| KILOLO KIJAKAZI, Acting Commissioner of § the Social Security Administration, § § | |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's action pursuant to 42 U.S.C. § 405(g), which action has been referred to the Magistrate Judge for report and recommendation. On February 15, 2023, the Magistrate Judge issued the Report and Recommendation (Dkt. Entry No. 19), recommending that the Unopposed Motion to Reverse and Remand be granted, and that the Commissioner's final decision to deny benefits be vacated and remanded to the agency for further proceedings consistent with the Report and Recommendation. Neither party timely filed objections to the Report and Recommendation.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a de novo review of the Report and Recommendation. Finding no clearly erroneous error, the Court adopts the Report and Recommendation (Dkt. Entry No. 19) in its entirety. Accordingly, it is hereby **ORDERED** that the Unopposed Motion to Reverse and Remand (Dkt. Entry No. 15) is **GRANTED**, and that the Commissioner's final decision to deny benefits is **VACATED** and **REMANDED** to the agency for further proceedings consistent with the Report and Recommendation.

SO ORDERED March 20, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge